IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

SOLOMON CASSELL,

    Plaintiff,

v.

RALPH KEMP; WARDEN BRUCE
CHAPMAN; RUFUS LOGAN; TOM
GRAMIAK; and NATHAN BROOKS,

    Defendants.

CIVIL ACTION NO.: 6:15-cv-88

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 9), as amended by the Magistrate Judge's January 19, 2016, Order, (doc. 10), to which Objections have been filed, (doc. 11). Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court, and Plaintiff's Objections are **OVERRULED**.

Plaintiff's action is **DISMISSED**, and the Court **DENIES** Plaintiff leave to proceed *in forma pauperis* on appeal. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal and to **CLOSE** this case.

**SO ORDERED**, this 17th day of February, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA